# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| **Tangra Neat-Clarke,**<br>***Plaintiff*** | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-01503-ABD-SH** |
| | § | |
| **Texas Association of School Boards, Inc.,**<br>***Defendant*** | § | |
| | § | |

## ORDER

Now before the Court are Plaintiff Tangra Neat-Clarke's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2), filed June 4, 2026, and Defendant Texas Association of School Boards, Inc.'s ("TASB") Advisory to the Court Regarding Plaintiff's Application In Forma Pauperis Status, filed June 9, 2026 (Dkt. 4).[1]

Neat-Clarke seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), alleging that she cannot afford the filing fee. In its Advisory to the Court, TASB raised doubts as to the credibility of the allegations in her Application. On September 8, 2026, the Court ordered Neat-Clarke to file an amended application by September 25, 2026, Dkt. 5 at 3, but she has not done so.

The Court **DENIES** Neat-Clarke's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) and **ORDERS** her to submit the full filing fee by **October 16, 2026**. If Neat-Clarke fails to comply, it will result in the dismissal of her case under Rule 41(b).

The Court **ORDERS** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable Andrew Davis.

**SIGNED** on September 30, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Andrew Davis referred this case to this Magistrate Judge for disposition of the application to proceed in forma pauperis under Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and Judge Davis' Docket Management Standing Order. Dkt. 3.