**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Tangra Neat-Clarke,**<br>***Plaintiff*** | §<br>§ | |
| **v.** | §<br>§ | **No. 1:26-cv-01503-ABD-SH** |
| **Texas Association of School Boards, Inc.,**<br>***Defendant*** | §<br>§ | |

**ORDER**

Now before the Court is Plaintiff Tangra Neat-Clarke's Motion for Reconsideration of the Court's September 30, 2026 Order (Dkt. 6) denying her Application to Proceed in District Court Without Prepaying Fees or Costs. Dkt. 7.[1] Neat-Clarke asks the Court for an opportunity to submit "updated financial documentation reflecting actual income, assets, and necessary living expenses." *Id.* at 1.

The Court **GRANTS** Neat-Clarke's request to submit updated financial information and **ORDERS** her to either pay the $405 filing fee or submit a fully completed Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support[2] by **October 30, 2026**. The Court will take up Neat-Clarke's motion for reconsideration if she submits a complete amended Application.

Failure to timely submit either an amended Application or the filing fee may result in dismissal of this case under Rule 41(b).

**SIGNED** on October 19, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Andrew Davis referred this case to this Magistrate Judge for disposition of the application to proceed in forma pauperis under Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and Judge Davis' Docket Management Standing Order. Dkt. 3.

[2] Available at https://www.txwd.uscourts.gov/wp-content/uploads/filing-without-an-attorney/pro-se-manual/e.%20Financial%20Affidavit%20in%20Support%20of%20Motion%20(Austin%20Only).pdf?_wpnonce=424db7766d.